**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Najib A Hodge, | No. CV-26-03101-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| NAPA Genuine Auto Parts, | |
| Defendant. | |

The Court's May 18, 2026 Order (Doc. 35) denied Plaintiff's Motion for Default Judgment (Doc. 32). On May 21, 2026, Plaintiff filed a Motion for Reconsideration (Doc. 37). On May 26, 2026, Plaintiff filed a "First Motion for Reconsideration" (Doc. 39). On May 28, 2026, Plaintiff filed another "First Motion for Reconsideration" (Doc. 40), and on the same day, Plaintiff also filed a Notice of Errata (Doc. 41) regarding that motion.

Additionally, on May 22, 2026, Plaintiff filed a renewed motion for leave to proceed in forma pauperis (Doc. 38). The Court's May 5, 2026 Order severing Plaintiff's claims against Defendant NAPA (Doc. 1) ordered that Plaintiff's in forma pauperis status from the prior case shall continue in the present case. (Doc. 1 at 4). Because the Court has already granted Plaintiff's motion to proceed in forma pauperis (Doc. 9 at 4), Plaintiff's renewed motion (Doc. 38) is denied as moot.

**IT IS ORDERED** that Plaintiff's motions for reconsideration (Docs. 37, 39, 40) are **denied without prejudice**. Plaintiff shall file ONE complete motion for reconsideration, not to exceed 17 pages (LRCiv 7.2(e)(1)), by Friday, June 5, 2026. Once this motion for

reconsideration is filed, Plaintiff may not correct, amend, or supplement it.

**IT IS FURTHER ORDERED** that Plaintiff's application for leave to proceed in forma pauperis (Doc. 38) is **denied** as moot.

Dated this 1st day of June, 2026.

James A. Teilborg
Senior United States District Judge